UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWTE DABAR PRICE,

    Defendant.
_____/

Case No. 1:97-cr-76

HON. JANET T. NEFF

## MEMORANDUM OPINION AND ORDER

Defendant Shawte Dabar Price has filed a motion for modification or reduction of sentence (Dkt 609) pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 750 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to cocaine base (crack cocaine), and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2011. U.S.S.G. § 1B1.10(c).

Defendant is entitled to a reduction of sentence consistent with the policy statements. Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 609) pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED. Defendant's sentence is reduced to 120 months.

DATED: April 10, 2012

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge